**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SHERRY SUGGS,

    Plaintiff,

v.                                  Lead Case No. 3:22cv6050-MCR-HTC
                                  Member Case No. 3:22cv6343-MCR-HTC

LITTLEFIELD CORPORATION
et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 20, 2023 (ECF No. 33). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 33) is adopted and incorporated by reference in this Order.

2. Defendants' motion to strike Plaintiff Sherry Suggs' complaint, ECF No. 21, is DENIED.

**DONE AND ORDERED** this 11th day of May 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**